X FILED __ LODGED
__ RECEIVED __ COPY

NOV 19 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

v.

**FREDDIE ERNEST YAZZIE**

DOB: 1951

**AMENDED(Federal Code)**
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 04-4278M

Stephen Glazer
Attorney for Defendant

SSN: 2703

**THE DEFENDANT ENTERED A PLEA OF** guilty on 11/18/04 to Count Two of the Complaint.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF** violating 17 U.S.C. § 506(a)(1) and 18 U.S.C. § 2319(a) & (b)(3), Copyright Infringement, a class A Misdemeanor offense, as charged in Count Two of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby placed on unsupervised probation for a term of **ONE (1) YEAR** on Count One.

**IT IS FURTHER ORDERED** that all remaining counts of Complaint are DISMISSED on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk, U.S. District Court, Attn: Finance, Suite, 130, 401 West Washington St., SPC 1, Phoenix, Arizona 85003-2118, the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $25.00     **FINE:** $500.00     **RESTITUTION:** $0.00

All monetary penalties are due immediately or in regular monthly installments. If incarcerated, payments shall begin under the Bureau of Prisons Inmate Financial Responsibility Program. Any unpaid balance shall become a condition of supervision and shall be paid within 1 year of the expiration of supervision.

The total special assessment of $25.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count Two of the Complaint.

Restitution shall be paid to the following victims in the following amounts:

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.

### CONDITIONS OF UNSUPERVISED PROBATION

It is the order of the Court that you shall comply with the following conditions of unsupervised probation:
1. You shall refrain from violating any law (federal, state and local).
2. You shall attend one AA meeting a week.
3. You shall seek and maintain employment.
4. You shall appear for a Status Hearing on November 18, 2005 at 10:00 before this Court.

**C04-4278M**  Page 1 of 2
USA vs. Freddie Ernest Yazzie

**UNLESS PREVIOUSLY WAIVED, THE DEFENDANT IS ADVISED OF THE RIGHT TO APPEAL THE IMPOSED SENTENCE BY FILING A NOTICE OF APPEAL WITHIN 10 DAYS FROM THE IMPOSITION OF SENTENCE.**

Date of Imposition of Sentence: Tuesday, November 18, 2004.

_____
STEPHEN L. VERKAMP, United States Magistrate Judge

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on November 22, 2004
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_WUEJSXohahT_